```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06157
    RUBEN ARROYO
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-9714


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 03/14/08 and confirmed on 06/09/08.

     2.   The case was dismissed after confirmation, 11/20/2008.

     3.   The Debtor paid a total of $   1783.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 161.53 | .00 | 161.53 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | MORTGAGE ARRE | 1752.00 | .00 | 10.61 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | MORTGAGE ARRE | 1246.00 | .00 | 7.54 |
| AURORA EARTHMOVER CU | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| BANCO POPULAR | UNSECURED | NOT FILED | .00 | .00 |
| BECKER WORKS INC | UNSECURED | NOT FILED | .00 | .00 |
| BRUCE SELF | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GRANITE CORP | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| SPLASH PAINTING | UNSECURED | NOT FILED | .00 | .00 |
| WALTER SANFORD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WEST CHICAGO CUSTOM COUN | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |

```
               Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER      TOTAL
------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED        3159.53              .00            .00             .00         3159.53
PRINCIPAL PAID             179.68              .00            .00             .00          179.68
INTEREST PAID                  .00             .00            .00             .00              .00
TOTAL PAID                 179.68              .00            .00             .00          179.68
```

The Debtor's attorney, ILLINI LEGAL SERVICES         , was allowed $   3500.00
and was paid $   2000.00  direct and $   1500.00  through the plan.

The Trustee received $     103.32 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE